UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATLOOB A. KHAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 3:05-0771 |
| | ) JUDGE ECHOLS |
| LINCOLN BENEFIT LIFE COMPANY, | ) |
| COMPASS BANK, 419 TRUST | ) |
| ADMINISTRATORS, | ) |
| | ) |
| DEFENDANTS. | ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Lincoln Benefit Life Company's Motion to Dismiss (Docket Entry No. 11) is hereby GRANTED and Plaintiff Matloob A. Khan's claims for negligence and breach of fiduciary duty against Lincoln Benefit Life Company are hereby DISMISSED WITHOUT PREJUDICE. Khan's "Motion for Oral Argument (Docket Entry No. 26) is hereby DENIED. This case is hereby returned to the Magistrate Judge for further pretrial case management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE